**EXHIBIT B**

We've just launched a new, free rewards program → Sign in or register to learn more. 

My Account   Wish Lists   Sign in or Create an account



Search                                          Submit Query

Email • help@legendarysupplements.com

 Shop By Department       Contact Us   My Account    Shopping Cart

| Home | BRAND | IronMagLabs Bodybuilding Nutrition | Super-DMZ Rx 2.0 By Blackstone Labs |
| Home | BRAND | Blackstone Labs | Super-DMZ Rx 2.0 By Blackstone Labs |
| Home | BRAND | Super-DMZ Rx 2.0 By Blackstone Labs | |
| Home | CATEGORY | TOP SELLERS | Super-DMZ Rx 2.0 By Blackstone Labs |
| Home | CATEGORY | Muscle Enhancers | Super-DMZ Rx 2.0 By Blackstone Labs |



## Super-DMZ Rx 2.0 By Blackstone Labs
$59.99

**FREE Shipping at $50.00+ (USA)**

★ ★ ★ ★ ★ 7 product reviews



We respect your privacy. **Privacy Policy**

Like  8 people like this.

**SKU:**
798304039115

**Weight:**
0.40 LBS

**Shipping:**
Calculated at checkout

**Add Cycle Support "Recommended Option":**

--- None ---

   Mega Cycle Support By Primeval Labs $24.99

Want Super-DMZ Rx 2.0 By Blackstone Labs fast?

Order by 5:00 P.M. Central Time for fast same day processing from
Legendary Supplements Distribution Center.   More Info:

Cycle Armor By Lecheek Nutrition $17.99

EXHIBIT ___B___, PAGE ___13___

http://www.legendarysupplements.com/super-dmz-rx-2-0-by-blackstone-labs/                5/21/2015





EXHIBIT B, PAGE 14